AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| See attached rider | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 13 Civ. 09198 (AT)(MHD) |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Civil Liberties Union and American Civil Liberties Union Foundation

Date: 01/16/2014

/s/ David A. Schulz
*Attorney's signature*

David A. Schulz #158289
*Printed name and bar number*

Levine Sullivan Koch & Schulz, LLP
321 W. 44th St, Suite 1000
New York, NY 10036

*Address*

dschulz@lskslaw.com
*E-mail address*

(212) 850-6100
*Telephone number*

(212) 850-6299
*FAX number*

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, and AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>           Plaintiff,<br><br>    v.<br><br>NATIONAL SECURITY AGENCY, CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF DEFENSE, DEPARTMENT OF JUSTICE, and DEPARTMENT OF STATE.<br><br>           Defendant. | CASE NO.  13 Civ. 09198 (AT)(MHD) |