AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | ) | |
|---|---|---|
| See attached rider | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   13 Civ. 09198 (AT)(MHD) |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION

Date:    03/12/2014

*Attorney's signature*

Patrick C. Toomey #4983979
*Printed name and bar number*

American Civil Liberties Union
125 Broad Street—18th Floor
New York, New York 10004

*Address*

ptoomey@aclu.org
*E-mail address*

(212) 549-2500
*Telephone number*

(212) 549-2654
*FAX number*

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, and AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>        Plaintiffs,<br><br> v.<br><br>NATIONAL SECURITY AGENCY, CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF DEFENSE, DEPARTMENT OF JUSTICE, and DEPARTMENT OF STATE,<br><br>        Defendants. | CASE NO. 13 Civ. 09198 (AT)(MHD) |