

# Yale Law School

MEDIA FREEDOM AND INFORMATION ACCESS CLINIC
INFORMATION SOCIETY PROJECT

April 18, 2014

**VIA ELECTRONIC FILING**

Honorable Analisa Torres
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

    Re:    *ACLU, et ano* v. *National Security Agency, et al.*,
             No. 13 Civ. 09198 (AT) (MHD)

Dear Judge Torres:

    We are counsel for plaintiffs in the above-referenced Freedom of Information Act ("FOIA") lawsuit, and submit this letter jointly on behalf of all parties.

    As directed during our conference with the Court on April 16, 2014, the parties have discussed a timeline for the defendant agencies to search for and produce documents responsive to plaintiffs' FOIA requests and/or specify the basis for any withholding of responsive documents. The parties request that the Court adopt the following schedule by so-ordering this letter:

- By no later than **May 7, 2014**, the parties will submit a joint stipulation setting forth the scope of plaintiffs' request for documents under FOIA with respect to each defendant, or submit their respective positions for determination by the Court.

- By no later than **May 21, 2014**, the parties will submit a joint stipulation setting the deadline by which each defendant must complete its search for responsive documents, or submit their respective positions for determination by the Court.

- By no later than **June 20, 2014**, the parties will submit a joint stipulation setting the deadline by which each defendant must complete its processing of responsive documents and provide those documents to plaintiffs and/or specify the basis on which it believes any responsive document is properly exempt from disclosure under FOIA, in whole or in part, or submit their respective positions for determination by the Court.

P.O. BOX 208215, NEW HAVEN, CONNECTICUT  06520-8215  •  TELEPHONE 203 432-9387  •  FACSIMILE 203 432-2064
COURIER ADDRESS 127 WALL STREET, NEW HAVEN, CONNECTICUT  06511  •  EMAIL JONATHAN.MANES@YALE.EDU

      The parties understand that these deadlines may not be extended except upon a further application to the Court by the party or parties seeking additional time. We thank the Court for its consideration of this matter.

Respectfully submitted,

*/s/ David A. Schulz*

David A. Schulz

cc: David Jones
    Jean-David Barnea
    Assistant United States Attorneys

    Alexander Abdo, Esq.
    Patrick Toomey, Esq.


SO ORDERED:

_____
U.S.D.J.

Date:_____

{00721005;v2}