```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN CIVIL LIBERTIES UNION, and
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION,

                      Plaintiffs,

-against-

NATIONAL SECURITY AGENCY, CENTRAL
INTELLIGENCE AGENCY, DEPARTMENT OF
DEFENSE, DEPARTMENT OF JUSTICE, and
DEPARTMENT OF STATE,

                      Defendants.

13 Civ. 09198 (AT)(MHD)

**ORDER**

ANALISA TORRES, District Judge:

    Defendant's request is GRANTED.  By **February 27, 2015**, the CIA shall complete its review and processing of all potentially responsive documents.

    SO ORDERED.

Dated: September 4, 2014
       New York, New York

                                          ANALISA TORRES
                                   United States District Judge