UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN CIVIL LIBERTIES UNION, and
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION,

                        Plaintiffs,

-against-

NATIONAL SECURITY AGENCY, CENTRAL
INTELLIGENCE AGENCY, DEPARTMENT
OF DEFENSE, DEPARTMENT OF JUSTICE,
and DEPARTMENT OF STATE,

                        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/15
```

13 Civ. 09198 (AT)(MHD)

**ORDER**

ANALISA TORRES, District Judge:

    Having reviewed the parties' joint letter dated December 2, 2015, it is ORDERED that:

1. By **January 15, 2016**, the Defendants shall submit their motion for partial summary judgment;

2. By **February 16, 2016**, Plaintiffs shall submit their cross-motion for partial summary judgment and opposition to the Defendants' motion;

3. By **March 18, 2016**, the Defendants shall submit their opposition to Plaintiffs' cross-motion and reply in support of partial summary judgment; and

4. By **April 8, 2016**, Plaintiffs shall submit their reply in support of partial summary judgment.

    In addition, the parties' request to forego the exchange of Local Civil Rule 56.1 Statements is GRANTED.

    SO ORDERED.

Dated: December 9, 2015
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge