```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN CIVIL LIBERTIES UNION, and
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION,

                      Plaintiffs,

-against-

NATIONAL SECURITY AGENCY, CENTRAL
INTELLIGENCE AGENCY, DEPARTMENT
OF DEFENSE, DEPARTMENT OF JUSTICE,
and DEPARTMENT OF STATE,

                      Defendants.

13 Civ. 09198 (AT)(MHD)

**ORDER**

ANALISA TORRES, District Judge:

    Having reviewed the parties' joint letter dated January 11, 2016, it is ORDERED that:

1. By **February 5, 2016**, the Defendants shall submit their motion for partial summary judgment;

2. By **March 8, 2016**, Plaintiffs shall submit their cross-motion for partial summary judgment and opposition to the Defendants' motion;

3. By **April 8, 2016**, the Defendants shall submit their opposition to Plaintiffs' cross-motion and reply in support of partial summary judgment; and

4. By **April 29, 2016**, Plaintiffs shall submit their reply in support of partial summary judgment.

    SO ORDERED.

Dated: January 12, 2016
       New York, New York

                                        ANALISA TORRES
                                   United States District Judge