PREET BHARARA
United States Attorney for the
Southern District of New York
By: DAVID S. JONES
    JEAN-DAVID BARNEA
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2739/2679
Fax: (212) 637-2730
Email: David.Jones6@usdoj.gov
       Jean-David.Barnea@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, and AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>                 Plaintiffs,<br><br>                v.<br><br>NATIONAL SECURITY AGENCY, CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF DEFENSE, DEPARTMENT OF JUSTICE, and DEPARTMENT OF STATE,<br><br>                 Defendants. | No. 13 Civ. 9198 (AT) |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon (i) the accompanying memorandum of law, (ii) the declarations of Christina Butler, Paul P. Colborn, John F. Hackett, David M. Hardy, Arthur R. Sepeta, David J. Sherman, Antoinette B. Shiner, Alesia Y. Williams, and John Bradford Wiegmann, and the exhibits annexed thereto, and (iii) a classified *ex parte*, *in camera* declaration of David J. Sherman that will be transmitted to Judge Torres's chambers as soon as logistical arrangements can be made, defendants, by their attorney, Preet Bharara, United States Attorney

for the Southern District of New York, hereby move this Court for partial summary judgment, pursuant to Federal Rule of Civil Procedure 56.

PLEASE TAKE FURTHER NOTICE that pursuant to the Court's operative scheduling order (Dkt. No. 57), plaintiffs' cross-motion and opposition to defendants' motion shall be filed no later than April 20, 2016; defendants' reply and opposition to plaintiffs' cross-motion shall be filed no later than May 18, 2016; and plaintiffs' reply in support of their cross-motion shall be filed no later than June 8, 2016.

Dated: New York, New York
February 26, 2016

PREET BHARARA
United States Attorney for the
Southern District of New York
Attorney for Defendants

By: /s/ David S. Jones
DAVID S. JONES
JEAN-DAVID BARNEA
Assistant United States Attorneys
86 Chambers Street
New York, New York 10007
Tel.: (212) 637-2739/2679
Fax: (212) 637-2730
Email: David.Jones6@usdoj.gov
Jean-David.Barnea@usdoj.gov

TO: Ashley Gorski
Patrick Toomey
Alex Abdo
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, New York 10005

Counsel for Plaintiffs (by ECF notification)