UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION, <br><br> *Plaintiffs*, <br><br> v. <br><br> NATIONAL SECURITY AGENCY, CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF DEFENSE, DEPARTMENT OF JUSTICE, and DEPARTMENT OF STATE, <br><br> *Defendants*. | **Oral Argument Requested** <br><br> No. 13-cv-09198 (AT) <br><br> ECF Case |

## NOTICE OF PLAINTIFFS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT

Please take notice that upon the Memorandum of Law in Support of Plaintiffs' Cross-Motion for Partial Summary Judgment and in Opposition to Defendants' Motion for Partial Summary Judgment, dated April 20, 2016; and the Declaration of Jonathan Manes, dated April 20, 2016, and accompanying exhibits, Plaintiffs will move this Court, before the Honorable Analisa Torres, at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order granting Plaintiffs partial summary judgment and denying Defendants partial summary judgment in the above-captioned case, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and for such other and further relief as the Court deems just and proper.

Dated: April 20, 2016
      New York, New York

Respectfully submitted,

*/s/ Ashley Gorski*

Jonathan Manes
David Schulz
Divya Musinipally (law student intern)
Daniela Nogueira (law student intern)
Jacob Zionce (law student intern)
Andrew Udelsman (law student intern)
Beatrice Walton (law student intern)
Media Freedom and Information Access Clinic,
    Abrams Institute, Yale Law School
P.O. Box 208215
New Haven, CT 06520
Phone: (212) 850-6103
jonathan.manes@yale.edu

Ashley Gorski
Patrick Toomey
American Civil Liberties Union
    Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 549-2500
Fax: (212) 549-2654
agorski@aclu.org

*Counsel for Plaintiffs*