PREET BHARARA
United States Attorney for the
Southern District of New York
By:   DAVID S. JONES
Assistant U.S. Attorney
86 Chambers Street, Third Floor
New York, NY   10007
Tel.:   (212) 637-2739
David.Jones6@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
...............................................................................x
AMERICAN CIVIL LIBERTIES UNION and
THE AMERICAN CIVIL LIBERTIES UNION
FOUNDATION,

                Plaintiffs,

        v.
                                                        13-cv-9198 (AT)

NATIONAL SECURITY AGENCY, *et al.*,

                Defendants.
...............................................................................x

## NOTICE OF LODGING OF CLASSIFIED DOCUMENT

Defendants in the above-captioned matter hereby provide notice that, on February 29, 2016, they lodged, for the Court's *in camera, ex parte* review, a classified declaration of David J. Sherman.   This document is classified pursuant to Executive Order 13,526, 75 Fed. Reg. 707 (Jan. 5, 2010), and cannot be disclosed without proper authorization.   The document was securely transmitted to the Court by Assistant United States Attorney Jean-David Barnea.

Dated: New York, New York
June 8, 2016

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By: */s/ David S. Jones*
DAVID S. JONES
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2739
Facsimile: (212) 637-2730
David.Jones6@usdoj.gov