UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------
AMERICAN CIVIL
LIBERTIES UNION, et al.,        Plaintiff,            Case No.  1:13-cv-09198-KMW

             -against-

NATIONAL SECURITY
AGENCY, et al.                  Defendant.
-----------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]  I have cases pending              [ ]  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**David Schulz**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: DS-3180          My State Bar Number is 1514751

I am,

[✓]  An attorney
[ ]  A Government Agency attorney
[ ]  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Levine Sullivan Koch Schulz, LLP
             FIRM ADDRESS: 321 West 44th St., Suite 1000, New York, NY 10036
             FIRM TELEPHONE NUMBER: 212-850-6100
             FIRM FAX NUMBER: 212-850-6299

NEW FIRM:    FIRM NAME: Ballard Spahr LLP
             FIRM ADDRESS: 1675 Broadway, 19th Floor, New York, NY 10019
             FIRM TELEPHONE NUMBER: 212-850-6103
             FIRM FAX NUMBER: 212-223-1942

[✓]  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 02/02/2018

_____
ATTORNEY'S SIGNATURE