July 19, 2019

**VIA CM/ECF**

Hon. Kimba M. Wood
United States District Judge
United States District Court for the
   Southern District of New York
500 Pearl Street, Rm. 1610
New York, NY 10007



National Office
125 Broad Street,
18th Floor
New York, NY 10004
Tel: (212) 549-2644
Fax: (212) 549-2644
aclu.org

Susan N. Herman
*President*

Anthony D. Romero
*Executive Director*

Richard Zacks
*Treasurer*

     Re:  *ACLU, et al. v. National Security Agency, et al.*,
            Nos. 13-cv-9198 (KMW) (S.D.N.Y.), 17-3399 (2d Cir.)

Dear Judge Wood,

     I write respectfully to request that, following the Second Circuit's anticipated issuance of the mandate in the above-captioned FOIA matter, this Court retain jurisdiction over the litigation to entertain any potential forthcoming settlement or motion regarding Plaintiffs' asserted entitlement to attorneys' fees. Defendants consent to this request while reserving their rights to defend any fee request on any and all grounds. We anticipate that the mandate will issue Monday, July 22. The parties intend to discuss Plaintiffs' fee request, and request leave to report to the Court on or before September 20, 2019, concerning a possible fee application or agreement.

                   Respectfully submitted,

                 *s/Ashley Gorski*
                 Ashley Gorski
                 Patrick Toomey
                 American Civil Liberties Union
                   Foundation
                 125 Broad St., 18th Floor
                 New York, NY 10004
                 T: (212) 549-2500
                 F: (212) 549-2564
                 agorski@aclu.org

                 David Schulz
                 Media Freedom and
                   Information Access Clinic

2

Abrams Institute
Yale Law School
P.O. Box 208215
New Haven, CT 06520
T: (212) 850-6103
david.schulz@yale.edu

*Counsel for Plaintiffs*

Cc: Counsel for Defendants (via CM/ECF)

2