**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

1:13-cv-09198-KMW

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of May, two thousand and nineteen.

Before:  José A. Cabranes,
  Debra Ann Livingston,
   *Circuit Judges,*
  Lorna G. Schofield,
   *District Judge.**

_____

American Civil Liberties Union, American Civil Liberties Union Foundation,

  Plaintiffs - Appellants,

v.

National Security Agency, Central Intelligence Agency, United States Department of Defense, United States Department of Justice, United States Department of State,

  Defendants – Appellees.
_____

**JUDGMENT**
Docket No. 17-3399

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 12 2019

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the District Court is AFFIRMED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

_____

*Judge Lorna G. Schofield, of the United States District Court for the Southern District of New York, sitting by designation.

**MANDATE**

**MANDATE ISSUED ON 08/12/2019**